GAVRIEL GREEN™
℅ 332 NE 24th Avenue
Portland, Oregon 97232
Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GAVRIEL GREEN™<br><br>Plaintiff,<br><br>v.<br><br>VOLCANO HARLEY-DAVIDSON and HARLEY-DAVIDSON FINANCIAL SERVICES, INC.<br><br>Defendants. | Civil Case No.: 3:24-cv-01509-SB<br><br>OBJECTION TO THE MAGISTRATE'S FINDINGS AND RECOMMENDATION |

COMES NOW Plaintiff, GAVRIEL GREEN™, by and through gavriel, and respectfully submits this Objection to Hon. Stacie Beckerman's *Findings and Recommendation* dated December 23, 2024, which dismissed most of Plaintiff's claims with leave to amend. This objection is based on the grounds that this Honorable Court is using color of law to deprive Plaintiff of his rights to a speedy and fair trial, trial by jury, due process, discovery, and to call witness. Plaintiff contends that Hon. Stacie Beckerman's *Findings and Recommendation* violate the United States judge's oath of office (28 U.S. Code § 453), as well as the Code of Conduct for United States Judges, specifically Canons 2, 3 and 4. Please see attached Affidavit.

1 - Plaintiff's Objection to the Magistrate's Findings and Recommendation dated 12/23/24

1. **"Canon 2: A Judge Should Avoid Impropriety and the Appearance of Impropriety in all Activities** (A) *Respect for Law*. A judge should respect and comply with the law and should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary."

    Hon. Stacie Beckerman took an oath of office to "do equal right to the poor and to the rich" and to perform her duties under the Constitution. The U.S. Constitution is the Supreme Law of the land, and any code or regulation repugnant to it is null and void. No court is bound to enforce an unconstitutional law. *Marbury v. Madison* 5 US 137 (1803).

    The IFP statute deprives Plaintiff of the fundamental rights to a speedy and fair trial, trial by jury, due process, discovery, and to call witness. Furthermore, enforcing this unconstitutional "law" erodes public confidence in the integrity of the judiciary. Therefore, this Honorable Court must prioritize the U.S. Constitution over the IFP statute.

2. **"Canon 3: A Judge Should Perform the Duties of the Office Fairly, Impartially and Diligently** …The judge should perform those duties with respect for others, and should not engage in behavior that is harassing, abusive, prejudiced, or biased."
"COMMENTARY: …The duty to be respectful includes the responsibility to avoid comment or behavior that could reasonably be interpreted as harassment, prejudice or bias."

    The Magistrate's *Findings and Recommendation* repeatedly use the pejorative terms "sovereign citizen theory" and "vapor money theory" to dismiss several of Plaintiff's claims, demonstrating a clear and unapologetic display of prejudice. Additionally, the threat of sanctions if any amended claims resemble these "theories" constitutes harassment. The fact that courts have perpetuated prejudice toward people

who study the U.C.C. and bias toward financial institutions for decades is hardly something to boast about.

3. **"Canon 3 (4)**: A judge should accord to every person who has a legal interest in a proceeding, and that person's lawyer, the full right to be heard according to law."

    Plaintiff has not knowingly or willingly waived any of his rights. However, it is evident that the Court is using 28 U.S.C. § 1915 to deprive Plaintiff of their full right to be heard under the law. The **jury,** *not the judge*, is responsible for determining both **the facts and the law**. By dismissing the majority of the case before Defendants are even served, the Court oversteps its neutrality, assuming the role of jury. This short-circuits the legal process, depriving Plaintiff of discovery and their right to a trial by jury.

4. **Canon 4:** "(A)(5) *Practice of Law*. A judge should not practice law…"

    The Magistrate's *Findings and Recommendation* assumes the role of lawyer by making arguments against Plaintiff on behalf of the Defendants.

5. B. Garner notes, "*shall* means *may* in some contexts, and vice versa" (*Dictionary of Modern Legal Usage*, 2d ed., p. 939). Therefore, in light of the aforementioned issues, the word "shall" in IFP statute 28 U.S. Code § 1915(e)(2) must be construed as "may"—which would be read as "the court *may* dismiss the case at any time if…"

By the way, if asserting that banks create money out of nothing, negotiable instruments can be used as cash, or that promissory notes contain the full value of the note and are traded makes someone a "sovereign citizen", then: (a) American Express must be sovereign citizens because their cardmember agreement explicitly lists "negotiable instruments" as a valid form of payment; (b) The IRS must be sovereign citizens because they accept indorsed coupons and discharge the account; (c) The Federal Reserve Bank of Chicago must be sovereign citizens because their

3 - Plaintiff's Objection to the Magistrate's Findings and Recommendation dated 12/23/24

publication *Modern Money Mechanics* explicitly negates the notion that banks lend other depositors' money, clarifying that banks accept promissory notes in exchange for credit and create new money on the books and expand the money supply—and goes into detail about the accounting that creates the credit; (d) World renowned economist Professor Richard Werner, who coined the term *Quantitative Easing*, must be a sovereign citizen because he performed the world's first empirical study which tracked the credit creation, including the bank recording a fictitious customer deposit, and published his findings in Elsevier titled *Can banks individually create money out of nothing? — The theories and the empirical evidence*; (e) The 1960's president of First National Bank of Montgomery must be a sovereign citizen because he admitted in a court of record that it's common practice for his bank (together with the Federal Reserve Bank of Minneapolis) to fund loans via bookkeeping entries and that the credit first came into existence when they created it, (f) brokers and investors must be sovereign citizens because they routinely buy and sell promissory notes, along with (g) the Minnesota Law Review (attached).

**WHEREFORE**, Plaintiff GAVRIEL GREEN respectfully requests that this Honorable Court:

1. Vacate the Recommendation to dismiss any part of Plaintiff's Complaint.
2. Issue an Order for Defendants to be served immediately, without any amending.
3. Refrain from name-calling and harassment.

January 4, 2025                                          RESPECTFULLY SUBMITTED,

                                                         GAVRIEL GREEN™

                                                         BY: *Gavriel Green*
                                                         Gavriel Green, Auth. Rep., Pro Se
                                                         All rights reserved

# MINNESOTA LAW REVIEW

*Journal of the State Bar Association*

| VOLUME XIV | MARCH, 1930 | No. 4 |

## THE PROMISSORY NOTE AS A SUBSTITUTE FOR MONEY†

### By J. S. WATERMAN*

PROMISSORY notes are almost invariably described in judicial opinions and in legal texts as being either substitutes for money,[1] representatives of money,[2] contracts circulating like money and performing in part the functions of money,[3] instruments possessing the same circulable character as money,[4] part of the currency of the country,[5] credit instruments performing the functions of paper money,[6] or a medium of exchange possessing the advantages of a flexible paper currency and serving as a substitute for government bills or notes.[7] These statements, selected

---

*Dean of the Law School, University of Arkansas, Fayetteville.
†Research Paper No. 155, Journal Series, University of Arkansas.

[1] Gaar v. Louisville Banking Co., (1874) 11 Bush (Ky.) 180, 187, 21 Am. Rep. 209, 212; Smith v. Marland, (1882) 59 Iowa 645, 13 N. W. 852, 854; Lincoln Nat'l Bk. v. Perry, (C.C.A. 8th Cir.) 66 Fed. 887, 894, 14 C. C. A. 273, 280; 1 Parsons, Notes & Bills 257; 1 Macleod, Banking, 5th ed., p. 50; 2 Street, Foundations of Legal Liability 395; Spencer, Commercial Law, 2d ed., p. 157; Schaub and Isaacs, The Law in Business Problems 536; Brewster, Legal Aspects of Credit 397, (1928) 22 Ill. L. Rev. 833, 838.

[2] Wookey v. Pole, (1820) 4 B. & A. 1, 6; People's Bank v. Bates, (1886) 120 U. S. 556, 565, 7 Sup. Ct. 679, 30 L. Ed. 754, 757; 3 R. C. L. 836; Parsons, Mercantile Law, 2d ed., p. 94.

[3] 2 Street, Foundations of Legal Liability 325.

[4] Aigler, Commercial Instruments, The Law Merchant, and Negotiability, (1924) 8 MINNESOTA LAW REVIEW 361, 378.

[5] Lang v. Smyth, (1831) 7 Bing. 284, 291; Ingham v. Primrose, (1859) 7 C. B. N. S. 82; Goodwin v. Robarts, (1875) L. R. 10 Exch. 337, 358.

[6] Chalmers, Bills of Exchange, 9th ed., Intr. p. lii; Holdsworth, The Origins and Early History of Negotiable Instruments, (1916) 32 L. Quart. Rev. 20, 30; Hope v. Parker, (1890) 43 Mo. App. 632, 637.

[7] Norton, Bills and Notes, 3rd ed., pp. 17-18. For the distinction between metallic money, or specie, and currency, or paper money, see Schouler, Personal Property, 5th ed., sec. 347; 40 C. J. 1489. For a discussion of the term "currency" see 2 Macleod, Banking, 5th ed., 292-307.

Gavriel Green, Auth. Rep. for GAVRIEL GREEN™
Civil Case No.: 3:24-cv-01509-SB
Hon. Stacie Beckerman

## AFFIDAVIT OF MAGISTRATE'S DEPRIVATION OF RIGHTS AND VIOLATION OF OATH OF OFFICE AND CODE OF CONDUCT

1. My name is Gavriel, and I'm the authorized representative for GAVRIEL GREEN™.

2. On September 9, 2024, I filed Complaint 3:24-cv-01509-SB at the Portland Division courthouse, along with an application to proceed IFP.

3. On November 25, 2024, I wrote to the court to inform them that this delay in entering an Order to Issue Process constitutes discrimination and that denying my case would infringe upon my constitutionally protected rights to petition the government for redress of grievances, due process, and a trial by jury.

4. On December 27, 2024, I received the Magistrate's *Findings and Recommendation* dated December 23, 2024, which essentially dismissed 99% of my claims for various reasons.

5. Had I been able to pay the filing fee, the Defendants would have already been served. This significant delay and premature dismissal of my claims violates Hon. Stacie Beckerman's oath of office to "do equal right to the poor and to the rich".

6. By dismissing my claims before the Defendants are even served, the Magistrate denies my "full right to be heard according to law", in violation of Canon 3(4).

7. The *Findings and Recommendation* identify me as "a self-represented litigant," implying the existence of a secondary self whom I represent. Yet, when I distinguish myself from the *ens legis* I represent, the Magistrate labels me a "sovereign citizen." I'm not sure what a "sovereign citizen" even is, but, given the context, it certainly seems like defamation of character.

8. The Magistrate repeatedly used the pejoratives "sovereign citizen theories" and "vapor money theory" to dismiss several of my claims, demonstrating a clear and unapologetic display of prejudice. This violates Canon 3, and I think it's obnoxious.

9. It has been well established that banks create credit by making bookkeeping entries. I feel gaslighted by the Magistrate's dismissal of facts that I have personally read and verified from sources that even the courts recognize and trust, such as *Modern Money Mechanics*.

10. The Magistrate's threat of sanctions if my amended claims resemble these "theories" could *reasonably be interpreted as harassment*, violating Canon 3.

11. The Magistrate made arguments on behalf of the unserved Defendants, effectively practicing law from the bench. This violates Canon 4(A)(5).

12. The *Findings and Recommendation* cite 28 U.S.C. § 1915 to justify the Magistrate's authority to discriminate, assume the roles of both lawyer and jury, and deny my full right to be heard under the law. This constitutes a deprivation of rights under the color of law.

13. The U.S. Constitution is the Supreme Law of the land, and any statute that conflicts with it is null and void; no court is bound to enforce such a statute. By applying the unconstitutional IFP statute, Hon. Stacie Beckerman is violating her oath to faithfully discharge her duties under the Constitution.

14. Needless to say, Hon. Stacie Beckerman's *Findings and Recommendation* accomplished the opposite of "promot[ing] public confidence in the integrity and impartiality of the judiciary", as required under Canon 2(A).

I declare pursuant to the laws of the united states of America, and without the United States, that the foregoing is true and correct to the best of my knowledge and research.

Date: Fourth of January Twenty Twenty Five     By: Darriel Green, All rights reserved

2 - Plaintiff's Affidavit of Magistrate's Violations - 3:24-cv-01509-SB