**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** OREGON

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 3:24-cv-1509-SB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: September 9, 2024

Date of judgment or order you are appealing: September 23, 2026

Docket entry number of judgment or order you are appealing: 61

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes ○ No ◉ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

GAVRIEL GREEN®

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ◉ Yes ○ No

If yes, what is the prior appeal case number? 26-3642

Your mailing address (if pro se):

11918 SE Division St.

# 2189

City: Portland State: Oregon Zip Code: 97266

Prisoner Inmate or A Number (if applicable):

**Signature** without prejudice, By: /s/Gavriel Green **Date** October 7, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

GAVRIEL GREEN®

Name(s) of counsel (if any):

Address: 11918 SE Division St # 2189

Telephone number(s): 605.223.0449

Email(s): court.unbraided301@passinbox.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

TMCRC, INC., DBA Volcano Harley-Davidson

Name(s) of counsel (if any):

Jared Ahern

Address: CABLE HUSTON LLP, 1455 SW Broadway, Suite 1500, Portland, Oregon 97201

Telephone number(s): (503) 224-3092

Email(s): jahern@cablehuston.com

*To list additional parties and/or counsel, use next page.*